UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

G.A., on behalf of herself and her minor child, L.A.,

Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.

---------------------------------------------------------------X

26-CV-2726 (SHS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 26, 2026, Defendants filed a partial motion to dismiss. (Dkt. 13.) Plaintiff received multiple extensions to respond, the most recent of which was granted on September 22, 2026. (Dkts. 17, 20, 22, 24.) The last extension set a deadline of October 1, 2026, for Plaintiff to file a response to the motion, and October 15 for Defendants to file a reply. Plaintiffs did not file a response to the motion. Instead, on September 30, 2026, Plaintiff filed an Amended Complaint. (Dkt. 25.) The parties have not since addressed (1) the basis for filing the Amended Complaint under Fed. R. Civ. P. 15(a); (2) whether the pending motion to dismiss is now moot; (3) whether Defendants intend to file a new motion to dismiss the Amended Complaint; and (4) if so, a proposed briefing schedule. The parties shall meet and confer and by **October 16, 2026**, shall file a joint letter addressing these and any other relevant issues.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 9, 2026

New York, New York

Copies transmitted this date to all counsel of record.