THE LAW OFFICE OF

ELISA HYMAN, P.C.

October 16, 2026

*VIA ECF*
The Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court - Southern District of New York
500 Pearl St.
New York, New York 10007

Re: *G.A. o/b/o L.A. v. New York City Department of Education, et al. 26-cv-2726*

Dear Judge Lehrburger:

On behalf of the parties, I am writing jointly in response to Your Honor's order dated October 9, 2026 (ECF No. 26).

After the complaint was filed in this action, the Court granted Defendants two extensions of time to Answer or respond to the complaint on consent. ECF Nos. 9-12. Upon receipt of the Defendants' motion to dismiss dated June 26, 2026 (ECF Nos. 13–14) ("Motion"), under the Local Rules and FRCP 15, Plaintiffs understand that they would have had fourteen days to either file a response to the Motion or amend as of right, as they had not yet filed any amendment. Thereafter, the Court granted Plaintiffs' four extensions on consent. ECF Nos. 15-24. It was Plaintiffs' understanding that Plaintiffs' time to either file a response or an amendment as of right was being extended upon consent. As such, rather than respond, Plaintiffs filed an amended complaint (ECF No. 25) without any motion or redline. Defendants' counsel does not dispute Plaintiff's understanding of their timeline to amend their complaint in response to the Motion.

As reflected in the document filed on September 30, 2026, (ECF No. 25), according to Plaintiffs, they have amended the complaint to address the issues raised the Defendants' motion to dismiss concerning systemic violations, as that was largely the basis of Defendants' Motion. Defendants intend to a file a revised partial motion to dismiss to address these amended allegations by Plaintiff.

In light of the foregoing, the parties propose the following schedule for briefing. Defendants will file their amended motion to dismiss by November 4, 2026, as the filing of the amended complaint does not moot the Defendants' intended motion. Plaintiffs will respond by December 9, 2026 and Defendants will reply by December 23, 2026.

If, however, the Court was not extending the time to respond and/or amend as of right upon consent (ECF Nos. 15-24) and, instead, had only extended Plaintiffs' time to respond to the Motion, Plaintiffs apologize for any misunderstanding on their part. The deadline to respond was not intentionally missed and the amended complaint was not intentionally filed without permission. In this alternative case, the parties propose the following schedule. By October 19, 2026, Plaintiffs will file a letter motion seeking leave to file an amended complaint with a redlined version of the original complaint as an exhibit. By October 26, 2026, the Defendants will either

inform the court that they do not object to the filing of the amended complaint or file a response to the motion to amend. No reply is being scheduled, although Plaintiffs reserve the right to request a reply. If the Defendants agree to the filing of the amended complaint, Plaintiffs will file an amended complaint by October 28, 2026. The deadlines for the motion to dismiss will be adjourned *sine die* until the Court rules on the motion to amend or until after an amended complaint is filed (either upon order or consent). Within five days of the Court's decision on the motion or the filing of an amended complaint, the parties will submit a proposed new schedule for briefing on the motion to dismiss.

Thank you for Your Honor's consideration of the requests set forth herein.

Respectfully submitted,

/s *Elisa Hyman*

Elisa Hyman, Esq.

cc: All Counsel of Record via ECF

SO ORDERED:

10/19/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Court accepts the Amended Complaint as filed at Dkt. 25. Defendants' partial motion to dismiss previously filed at Dkt. 13 is denied without prejudice as moot. Defendants shall file their intended partial motion to dismiss the Amended Complaint by November 4, 2026. Plaintiffs shall respond by December 9, 2026. Defendants' reply, if any, shall be filed by December 23, 2026. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 13.